AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Juan Carlos BONILLA-Valladares** | ) | Case No. |
| **Laredo, TX** | ) | |
| **US** | ) | L-18-PO9237 |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 14, 2018** in the county of **Starr** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Juan Carlos BONILLA-Valladares, who admitted to being a citizen of El Salvador, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Roma, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on December 14, 2018.

☐ Continued on the attached sheet.

/S/Jose A. Carnero
*Complainant's signature*

Jose A. Carnero, Border Patrol Agent
*Printed name and title*

Affiant Jose Carnero
sworn and attested
on December 22, 2018, at 1:27 PM,
at Laredo, Texas.

Sam S. Sheldon
United States Magistrate Judge